IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASHLEY DONNELLY, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 20-4189** |
| CAPITAL VISION SERVICES, LP, et al, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| | : | |

## ORDER

**AND NOW**, this __2nd__ day of August 2021, upon consideration of the Motions to Dismiss from Defendants MyEyeDr (ECF 13) and Capital Vision Services (ECF 16), and Plaintiff's responses (ECFs 25 and 26), it is hereby **ORDERED** that both motions are **DENIED**.[1]

Defendant Capital Vision Services' Motion to Amend the Caption to "Capital Vision Services, LLC" (ECF 19) is **GRANTED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] This Order accompanies the Court's Memorandum Opinion dated August 2, 2021.