IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASHLEY DONNELLY, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 20-4189 |
| | : | |
| CAPITAL VISION SERVICES, LLC, | : | |
| Defendant. | : | |

# ORDER

This 6th day of December, 2022, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment, ECF 63, is **GRANTED in part and DENIED in part**, as follows:

- Defendant's Motion for Summary Judgment is **DENIED** as to Plaintiff's claims for pregnancy discrimination under Title VII and the PHRA, and as to Plaintiff's claim for punitive damages under Title VII;

- Defendant's Motion for Summary Judgment is **GRANTED** as to all remaining claims.

    /s/ Gerald Austin McHugh
United States District Judge